# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

United States of America,
    Plaintiff

v.                                Case No.  1:07-cv-875

Real Property Known and Numbered
as 2621 Bradford Drive, Middletown, Butler
County, Ohio, with all appurtenances,
improvements, and attachments thereon,
et al.,
    Defendants

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed February 7, 2008 (Doc. 14).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.**  The Entry of Default as it pertains to PHH Mortgage Corporation is **SET ASIDE**.  Plaintiff's motion for default is **GRANTED** with respect to Jon Stephen Franz and all other persons and entities who might have an interest in the defendant property, excluding the Virginia Gail Franz Trust and PHH.

Date: March 7, 2008                             s/Sandra S. Beckwith
                                                          Sandra S. Beckwith, Chief Judge
                                                           United States District Court